UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE DeOLLAS II,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:22-cv-0906 DB P<br><br><br><br>ORDER |

Plaintiff, an inmate at the Sacramento County Jail, proceeds without counsel and seeks relief under 42 U.S.C. § 1983. On March 31, 2023, the court screened plaintiff's first amended complaint and found it did not state a claim. (ECF No. 8.) Plaintiff was granted 30 days to file a second amended complaint. On May 4, 2023, plaintiff filed a motion requesting an extension of time to file the second amended complaint. Plaintiff states he needs 180 days to amend the complaint. The court will grant an extension, but plaintiff has not shown good cause for an extension of time of 180 days.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted in part; and

////

////

1

2. Plaintiff is granted 60 days from the date of this order in which to file a second amended complaint. Plaintiff is cautioned that any further requests for extension of time to file the second amended complaint must show good cause for the extension of time.

Dated: May 15, 2023

DLB7
deol0906.36sac

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2