UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE DeOLLAS II,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No.  2:22-cv-0906 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds without counsel and seeks relief under 42 U.S.C. § 1983. Plaintiff seeks an extension of time of 180 days to file the second amended complaint. (ECF No. 12.) The court partially grants the request.

Plaintiff alleges Sacramento County Sheriff's Deputies responded inappropriately to an incident involving plaintiff on August 1, 2021. On March 31, 2023, the court screened the first amended complaint, found it failed to state a claim, and granted plaintiff 30 days to amend. On May 16, 2023, the court granted plaintiff a 60-day extension of time. Plaintiff was cautioned that any further requests for extensions of time for this purpose would need to show good cause.

Plaintiff now requests 180 additional days due to "delay of investigation report that adds information" to help amend the second amended complaint. (ECF No. 12 at 1.)  Attached to plaintiff's request is a letter from the Sacramento County Sheriff's Office regarding a "SUSTAINED" finding as to "Internal Affairs Investigation 2021PSD-0479[.]" (ECF No. 12.)

The court understands plaintiff seeks the internal affairs report to assist with drafting and filing the second amended complaint. However, the attached letter is dated April 21, 2022, and indicates the internal affairs investigation was concluded as of that date. As plaintiff's efforts thus far to obtain the report have apparently been unsuccessful, the court sees no indication that the report will be provided to plaintiff after a further delay, given that the investigation in question concluded more than 15 months ago. Plaintiff provides no information regarding any request for the report, any response made to such a request by the Sheriff's Department, or any reason why plaintiff expects or thinks the report will be provided after a further delay. The court is not inclined to grant a 180-day extension of time based on plaintiff's mere statement of delay, without further information.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted, in part; and

2. Plaintiff is granted 90 days from the date of this order in which to file a second amended complaint. Further extensions of time for this purpose will require a factually specific showing of good cause in order to be granted.

DATED: July 31, 2023

DLB7
deol0906.36.sec.amc

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE