...

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY EUGENE DeOLLAS, II, | No. 2:22-cv-00906 DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, an inmate at the Sacramento County Main Jail, proceeds pro se with a civil rights action under 42 U.S.C. § 1983. On March 31, 2023, the undersigned screened plaintiff's first amended complaint, determined it failed to state a claim, and dismissed the first amended complaint with leave to amend. (ECF No. 8.) Plaintiff requested and was granted several extensions of time to file the second amended complaint. On June 3, 2024, the undersigned ordered plaintiff to file the second amended complaint within 30 days and ordered that no further extensions of time would be granted. (ECF No. 18.) More than 15 months have passed since plaintiff was first ordered to file a second amended complaint. Plaintiff has not filed a second amended complaint. The undersigned recommends further leave to amend be denied and the case be dismissed at this time for failure to state a claim.

////

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this case.

For the reasons set forth in the screening order filed on March 31, 2023 (ECF No. 8), and for the additional reasons set forth above, IT IS HEREBY RECOMMENDED as follows:

1. Plaintiff's first amended complaint be dismissed without further leave to amend for failure to state a claim; and
2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 22, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
deol0906.fr